UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALBERT CHARLES, JR. | CIVIL ACTION |
| VERSUS | NO. 20-1424 |
| ANDREW SAUL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY | SECTION "J" (2) |

### **ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of March, 2021.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE